IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SHARON FRAZIER                                                                              PLAINTIFF

V.                                                              CAUSE NO.: 1:09CV73-SA-JAD

WAL-MART STORES, INC.                                                            DEFENDANT

## ORDER ON SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's Motion for Summary Judgment [28] is GRANTED;

(2) the Plaintiff's claims are dismissed; and

(3) this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the   17th   day of May 2010.

　　　　　　　　　　　　　　　　　　　　　　 /s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE